PARKLAND SCHOOL DISTRICT
1210 SPRINGHOUSE ROAD
ALLENTOWN, PA 18104-

CHECK DATE    CHECK NO.

7/13/2018    V9297163

PAY **VOID CHECK**************    AMOUNT    

TO THE ORDER OF

MEGAN E BAUER
5120 CASSIDY DR
SCHNECKSVILLE, PA
18078

CREATED BY EMPLOYEE ACCESS CENTER
**Statement of Earnings and Deductions**

| Location | Employee No. | Period Beginning | Period Ending | Check No. | Check Date |
|---|---|---|---|---|---|
| 072 | 22650 | 6/21/2018 | 7/4/2018 | V9297163 | 7/13/2018 |

| Earnings |||||  Employee Deductions ||| Employer Contributions ||
|---|---|---|---|---|---|---|---|---|---|
| Description | Hours | Rate | Current | Year to Date | Description | Current | Year to Date | Current | Year to Date |
| REG EARN | 1.00 | | 3,725.08 | 52,151.12 | FICA | 226.30 | 3,172.85 | 226.30 | 3,172.85 |
| | | | | | MEDICARE | 52.93 | 742.10 | 52.93 | 742.10 |
| | | | | | FED TAX | 234.78 | 3,356.60 | .00 | 0.00 |
| | | | | | STATE TAX | 112.06 | 1,571.14 | .00 | 0.00 |
| | | | | | LOCAL TAX | 36.50 | 511.75 | .00 | 0.00 |
| | | | | | UNEMP COMP | 2.24 | 31.36 | .00 | 0.00 |
| | | | | | LS TAX | 2.00 | 28.00 | .00 | 0.00 |
| | | | | | RETIRE7.5 | 279.38 | 3,911.32 | 1,213.26 | 16,985.64 |
| | | | | | SECURITY | 50.00 | 700.00 | .00 | 0.00 |
| | | | | | PPOMED FAM | 75.00 | 975.00 | 867.63 | 10,881.15 |
| | | | | | PROF FT | .00 | 312.80 | .00 | 0.00 |
| **Totals** | 1.00 | | 3,725.08 | 52,151.12 | **Totals** | 1,071.19 | 15,312.92 | 2,360.12 | 31,781.74 |

| Leave | Earned | Taken | End Balance | Direct Deposit Information || Net Pay ||
|---|---|---|---|---|---|---|---|
| SICK | 10.00 | 11.00 | 1.00 | LEHIGH VALLEY ED C U-231378996 | 2,653.89 | | 2,653.89 |
| PERSONAL-P | 3.00 | 2.00 | 1.00 | | | Employee ||
| MISC ABS | 0.00 | 0.00 | 0.00 | | | MEGAN BAUER ||
| PERS PRIOR | 0.00 | 0.00 | 0.00 | | | Tax Information ||
| | | | | | | Fed | State |
| | | | | | MARITAL STATUS | M | MS |
| | | | | | EXEMPTIONS | 5 | 0 |

**Notes:**

**PARKLAND SCHOOL DISTRICT**
*1210 SPRINGHOUSE ROAD*
*ALLENTOWN, PA 18104-*

CHECK DATE    CHECK NO.
7/27/2018    V9297928



AMOUNT



PAY ************VOID CHECK***************

TO THE ORDER OF

MEGAN E BAUER
5120 CASSIDY DR
SCHNECKSVILLE, PA
18078

CREATED BY EMPLOYEE ACCESS CENTER
**Statement of Earnings and Deductions**

| Location | Employee No. | Period Beginning | Period Ending | Check No. | Check Date |
|---|---|---|---|---|---|
| 072 | 22650 | 7/5/2018 | 7/18/2018 | V9297928 | 7/27/2018 |

| Earnings | | | | | Employee Deductions | | | Employer Contributions | |
|---|---|---|---|---|---|---|---|---|---|
| Description | Hours | Rate | Current | Year to Date | Description | Current | Year to Date | Current | Year to Date |
| REG EARN | 1.00 | | 3,725.08 | 55,876.20 | FICA | 226.30 | 3,399.15 | 226.30 | 3,399.15 |
| | | | | | MEDICARE | 52.93 | 795.03 | 52.93 | 795.03 |
| | | | | | FED TAX | 234.78 | 3,591.38 | .00 | 0.00 |
| | | | | | STATE TAX | 112.06 | 1,683.20 | .00 | 0.00 |
| | | | | | LOCAL TAX | 36.50 | 548.25 | .00 | 0.00 |
| | | | | | UNEMP COMP | 2.24 | 33.60 | .00 | 0.00 |
| | | | | | LS TAX | 2.00 | 30.00 | .00 | 0.00 |
| | | | | | RETIRE7.5 | 279.38 | 4,190.70 | 1,213.26 | 18,198.90 |
| | | | | | SECURITY | 50.00 | 750.00 | .00 | 0.00 |
| | | | | | PPOMED FAM | 75.00 | 1,050.00 | 867.63 | 11,748.78 |
| | | | | | PROF FT | .00 | 312.80 | .00 | 0.00 |
| **Totals** | 1.00 | | 3,725.08 | 55,876.20 | **Totals** | 1,071.19 | 16,384.11 | 2,360.12 | 34,141.86 |

| Leave | Earned | Taken | End Balance | Direct Deposit Information | | Net Pay |
|---|---|---|---|---|---|---|
| SICK | 10.00 | 11.00 | 1.00 | LEHIGH VALLEY ED C U-231378996 | 2,653.89 | 2,653.89 |
| PERSONAL-P | 3.00 | 2.00 | 1.00 | | | |
| MISC ABS | 0.00 | 0.00 | 0.00 | | | Employee: MEGAN BAUER |
| PERS PRIOR | 0.00 | 0.00 | 0.00 | | | |

Tax Information

| | Fed | State |
|---|---|---|
| MARITAL STATUS | M | MS |
| EXEMPTIONS | 5 | 0 |

**Notes:**

PARKLAND SCHOOL DISTRICT
1210 SPRINGHOUSE ROAD
ALLENTOWN, PA 18104-

CHECK DATE    CHECK NO.
8/10/2018    V9298177

PAY **VOID CHECK**************  AMOUNT  **Copy**

TO THE ORDER OF:
MEGAN E BAUER
5120 CASSIDY DR
SCHNECKSVILLE, PA
18078

CREATED BY EMPLOYEE ACCESS CENTER
**Statement of Earnings and Deductions**

| Location | Employee No. | Period Beginning | Period Ending | Check No. | Check Date |
|---|---|---|---|---|---|
| 072 | 22650 | 7/19/2018 | 8/1/2018 | V9298177 | 8/10/2018 |

| Earnings |||||  Employee Deductions ||| Employer Contributions ||
|---|---|---|---|---|---|---|---|---|---|
| Description | Hours | Rate | Current | Year to Date | Description | Current | Year to Date | Current | Year to Date |
| REG EARN | 1.00 |  | 3,725.08 | 59,601.28 | FICA | 226.30 | 3,625.45 | 226.30 | 3,625.45 |
|  |  |  |  |  | MEDICARE | 52.93 | 847.96 | 52.93 | 847.96 |
|  |  |  |  |  | FED TAX | 234.78 | 3,826.16 | .00 | 0.00 |
|  |  |  |  |  | STATE TAX | 112.06 | 1,795.26 | .00 | 0.00 |
|  |  |  |  |  | LOCAL TAX | 36.50 | 584.75 | .00 | 0.00 |
|  |  |  |  |  | UNEMP COMP | 2.24 | 35.84 | .00 | 0.00 |
|  |  |  |  |  | LS TAX | 2.00 | 32.00 | .00 | 0.00 |
|  |  |  |  |  | RETIRE7.5 | 279.38 | 4,470.08 | 1,213.26 | 19,412.16 |
|  |  |  |  |  | SECURITY | 50.00 | 800.00 | .00 | 0.00 |
|  |  |  |  |  | PPOMED FAM | 75.00 | 1,125.00 | 867.63 | 12,616.41 |
|  |  |  |  |  | PROF FT | .00 | 312.80 | .00 | 0.00 |
| **Totals** | 1.00 |  | 3,725.08 | 59,601.28 | **Totals** | 1,071.19 | 17,455.30 | 2,360.12 | 36,501.98 |

| Leave | Earned | Taken | End Balance | Direct Deposit Information || Net Pay |
|---|---|---|---|---|---|---|
| SICK | 10.00 | 11.00 | 1.00 | LEHIGH VALLEY ED C U-231378996 | 2,653.89 | 2,653.89 |
| PERSONAL-P | 3.00 | 2.00 | 1.00 |  |  | Employee |
| MISC ABS | 0.00 | 0.00 | 0.00 |  |  | MEGAN BAUER |
| PERS PRIOR | 0.00 | 0.00 | 0.00 |  |  | Tax Information |

Tax Information:
|  | Fed | State |
|---|---|---|
| MARITAL STATUS | M | MS |
| EXEMPTIONS | 5 | 0 |

**Notes:**

PARKLAND SCHOOL DISTRICT
1210 SPRINGHOUSE ROAD
ALLENTOWN, PA 18104-

CHECK DATE   CHECK NO.
8/24/2018   V9298684

AMOUNT



PAY ***********VOID CHECK***************

TO THE ORDER OF:
MEGAN E BAUER
5120 CASSIDY DR
SCHNECKSVILLE, PA
18078

CREATED BY EMPLOYEE ACCESS CENTER
**Statement of Earnings and Deductions**

| Location | Employee No. | Period Beginning | Period Ending | Check No. | Check Date |
|---|---|---|---|---|---|
| 072 | 22650 | 8/2/2018 | 8/15/2018 | V9298684 | 8/24/2018 |

| Earnings | | | | | Employee Deductions | | | Employer Contributions | |
|---|---|---|---|---|---|---|---|---|---|
| Description | Hours | Rate | Current | Year to Date | Description | Current | Year to Date | Current | Year to Date |
| REG EARN | 1.00 | | 3,725.08 | 63,326.36 | FICA | 226.30 | 3,851.75 | 226.30 | 3,851.75 |
| | | | | | MEDICARE | 52.93 | 900.89 | 52.93 | 900.89 |
| | | | | | FED TAX | 234.78 | 4,060.94 | .00 | 0.00 |
| | | | | | STATE TAX | 112.06 | 1,907.32 | .00 | 0.00 |
| | | | | | LOCAL TAX | 36.50 | 621.25 | .00 | 0.00 |
| | | | | | UNEMP COMP | 2.24 | 38.08 | .00 | 0.00 |
| | | | | | LS TAX | 2.00 | 34.00 | .00 | 0.00 |
| | | | | | RETIRE7.5 | 279.38 | 4,749.46 | 1,213.26 | 20,625.42 |
| | | | | | SECURITY | 50.00 | 850.00 | .00 | 0.00 |
| | | | | | PPOMED FAM | 75.00 | 1,200.00 | 867.63 | 13,484.04 |
| | | | | | PROF FT | .00 | 312.80 | .00 | 0.00 |
| **Totals** | 1.00 | | 3,725.08 | 63,326.36 | **Totals** | 1,071.19 | 18,526.49 | 2,360.12 | 38,862.10 |

| Leave | Earned | Taken | End Balance | Direct Deposit Information | | Net Pay |
|---|---|---|---|---|---|---|
| SICK | 10.00 | 11.00 | 1.00 | LEHIGH VALLEY ED C U-231378996 | 2,653.89 | 2,653.89 |
| PERSONAL-P | 3.00 | 2.00 | 1.00 | | | |
| MISC ABS | 0.00 | 0.00 | 0.00 | | | Employee: MEGAN BAUER |
| PERS PRIOR | 0.00 | 0.00 | 0.00 | | | |

Tax Information

| | Fed | State |
|---|---|---|
| MARITAL STATUS | M | MS |
| EXEMPTIONS | 5 | 0 |

**Notes:**