United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                    Case No. 18-15713-ref
Megan E. Bauer                                                                            Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4          User: Lisa             Page 1 of 2           Date Rcvd: Oct 02, 2018
                              Form ID: 309I          Total Noticed: 51

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 04, 2018.
```
db              Megan E. Bauer,    5120 Cassidy Dr.,    Schnecksville, PA 18078-2655
tr             +WILLIAM MILLERR,    Interim Chapter 13 Trustee,    2901 St. Lawrence Avenue, Suite 100,
                 Reading, PA 19606-2265
smg            +Bureau of Audit and Enforcement,   City of Allentown,    435 Hamilton Street,
                 Allentown, PA 18101-1603
smg             City Treasurer,    Eighth and Washington Streets,    Reading, PA 19601
smg            +Dun & Bradstreet, INC,    3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg            +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg            +Tax Claim Bureau,    633 Court Street, Second Floor,    Reading, PA 19601-4300
14188841        Amazon/Chase Card Services,    PO Box 1423,    Charlotte, NC 28201-1423
14200218       +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
14188845       +Best Buy,    P.O. Box 6500 Capital One Retail Service,    Sioux Falls, SD 57117-6500
14188847        CFI Westgate Resorts,    2801 Old Winter Garden Rd,    Ocoee, FL 34761-2965
14188848        Chase Slate,    PO Box 1423,    Charlotte, NC 28201-1423
14188849        Citi,    PO Box 659728,   San Antonio, TX 78265-9728
14188850        Citi Cards,    PO Box 9001037,    Louisville, KY 40290-1037
14188859        Discover Bank,    PO Box 742655,    Cincinnati, OH 45274-2655
14188860        Home Depot,    PO Box 9001010,    Louisville, KY 40290-1010
14188862        Macy's Card Payments,    PO Box 9001094,    Louisville, KY 40290-1094
14188863        Macys American Express,    PO Box 9001094,    Louisville, KY 40290-1094
14188867        PNC Bank, N.A.,    PO Box 856177,    Louisville, KY 40285-6177
14188866        Pay Pal Credi,    PO Box 71202,    Charlotte, NC 28272-1202
14188868        Quicken Loan,    PO Box 6577,    Carol Stream, IL 60197-6577
14188869       +Santander Bank,    PO Box 12768,    Reading, PA 19612-2768

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty             E-mail/Text: kevinkk@kercherlaw.com Oct 03 2018 02:06:00      KEVIN K. KERCHER,
                 Law Office of Kevin K. Kercher, Esq, PC,    881 Third Street,    Suite C-2,
                 Whitehall, PA 18052
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 03 2018 02:06:12
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA 17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Oct 03 2018 02:06:23      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
ust            +E-mail/Text: ustpregion03.ph.ecf@usdoj.gov Oct 03 2018 02:06:21      United States Trustee,
                 Office of the U.S. Trustee,    833 Chestnut Street,    Suite 500,   Philadelphia, PA 19107-4405
14188842        EDI: AMEREXPR.COM Oct 03 2018 06:03:00      American Express,    P.O. Box 1270,
                 Newark, NJ 07101-1270
14188843        EDI: BANKAMER.COM Oct 03 2018 06:03:00      Bank Of America,    P.O. Box 15019,
                 Wilmington, DE 19886-5019
14188844       +EDI: TSYS2.COM Oct 03 2018 06:03:00      Barclay Card Services,    P.O. Box 13337,
                 Philadelphia, PA 19101-3337
14188846        EDI: CAPITALONE.COM Oct 03 2018 06:03:00      Capital One Bank (USA), N.A.,    P.O. Box 71083,
                 Charlotte, NC 28272-1083
14188851        EDI: CITICORP.COM Oct 03 2018 06:03:00      Citi Cards,    PO Box 6004,
                 Sioux Falls, SD 57117-6004
14188852        EDI: CITICORP.COM Oct 03 2018 06:03:00      CitiBank,    P.O. Box 6004,
                 Sioux Falls, SD 57117-6004
14188854        EDI: WFNNB.COM Oct 03 2018 06:03:00      Comenity,    PO Box 659617,
                 San Antonio, TX 78265-9617
14188853        EDI: WFNNB.COM Oct 03 2018 06:03:00      Comenity,    P.O. Box 659705,
                 San Antonio, TX 78265-9705
14188856        EDI: WFNNB.COM Oct 03 2018 06:03:00      Comenity Bank,    PO Box 659707,
                 San Antonio, TX 78265-9707
14188858        EDI: WFNNB.COM Oct 03 2018 06:03:00      Comenity Bank,    PO Box 659728,
                 San Antonio, TX 78265-9728
14188857        EDI: WFNNB.COM Oct 03 2018 06:03:00      Comenity Bank,    PO Box 659820,
                 San Antonio, TX 78265-9120
14188855        EDI: WFNNB.COM Oct 03 2018 06:03:00      Comenity Bank,    PO Box 659728 Victoria's Secret,
                 San Antonio, TX 78265-9728
14192671        EDI: DISCOVER.COM Oct 03 2018 06:03:00      Discover Bank,    Discover Products Inc,
                 PO Box 3025,   New Albany, OH 43054-3025
14188861        EDI: CBSKOHLS.COM Oct 03 2018 06:03:00      Kohls,    PO Box 2983,    Milwaukee, WI 53201-2983
14188864        EDI: RMSC.COM Oct 03 2018 06:04:00      Old Navy,    P.O. Box 960017,    Orlando, FL 32896-0017
14188865        EDI: RMSC.COM Oct 03 2018 06:04:00      Old Navy,    P.O. Box 530942,    Atlanta, GA 30353-0942
14189600       +EDI: PRA.COM Oct 03 2018 06:03:00      PRA Receivables Management, LLC,    PO Box 41021,
                 Norfolk, VA 23541-1021
14206431       +E-mail/Text: bankruptcyteam@quickenloans.com Oct 03 2018 02:06:23      Quicken Loans Inc.,
                 635 Woodward Avenue,    Detroit, MI 48226-3408
14188870        EDI: STF1.COM Oct 03 2018 06:04:00      SunTrust,    PO Box 791144,    Baltimore, MD 21279-1144
14196604       +EDI: STF1.COM Oct 03 2018 06:04:00      SunTrust Bank,    Attn: Support Services,
                 P.O. Box 85092,    Richmond, VA 23286-0001
14188871        EDI: RMSC.COM Oct 03 2018 06:04:00      Synchrony Bank,    PO Box 965060,
                 Orlando, FL 32896-5060
```

```
District/off: 0313-4          User: Lisa                  Page 2 of 2                   Date Rcvd: Oct 02, 2018
                              Form ID: 309I               Total Noticed: 51
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
14188872        EDI: RMSC.COM Oct 03 2018 06:04:00      Synchrony Bank,    P.O. Box 960013,
                 Attn: Bankruptcy Department,    Orlando, FL   32896-0013
14188873        EDI: RMSC.COM Oct 03 2018 06:04:00      Synchrony Bank/Amazon,    P.O. Box 960013,
                 Attn: Bankruptcy Department,    Orlando, FL   32896-0013
14188874        EDI: RMSC.COM Oct 03 2018 06:04:00      Synchrony Bank/WalMart,    P.O. Box 530927,
                 Atlanta, GA   30353-0927
14188875        EDI: WTRRNBANK.COM Oct 03 2018 06:03:00      Target Card Services,    P.O. Box 660170,
                 Dallas, TX   75266-0170
                                                                                               TOTAL: 29

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*           +WILLIAM MILLER*R,   Interim Chapter 13 Trustee,    2901 St. Lawrence Avenue, Suite 100,
                 Reading, PA 19606-2265
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 04, 2018                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 2, 2018 at the address(es) listed below:
```
              KEVIN G. MCDONALD    on behalf of Creditor    Quicken Loans Inc. bkgroup@kmllawgroup.com
              KEVIN K. KERCHER    on behalf of Debtor Megan E. Bauer kevinkk@kercherlaw.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM  MILLER*R    ecfemail@FredReigleCh13.com, ECF_FRPA@Trustee13.com
              WILLIAM  MILLER*R    on behalf of Trustee WILLIAM  MILLER*R ecfemail@FredReigleCh13.com,
               ECF_FRPA@Trustee13.com
                                                                                              TOTAL: 5
```

| Information to identify the case: | | | | |
|---|---|---|---|---|
| Debtor 1 | **Megan E. Bauer** | | Social Security number or ITIN | **xxx–xx–3134** |
| | First Name   Middle Name   Last Name | | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | | Social Security number or ITIN | _ _ _ _ |
| | | | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | Eastern District of Pennsylvania | | Date case filed for chapter 13 | 8/29/18 |
| Case number: | 18–15713–ref | | | |

Official Form 309I

# Notice of Chapter 13 Bankruptcy Case
**\*\*Debtor's Photo ID &Social Security Card Must Be Presented at 341 Hearing\*\***                                                                    12/17

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Megan E. Bauer | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 5120 Cassidy Dr. Schnecksville, PA 18078–2655 | |
| 4. | **Debtor's attorney** Name and address | KEVIN K. KERCHER Law Office of Kevin K. Kercher, Esq, PC 881 Third Street Suite C–2 Whitehall, PA 18052 | Contact phone (610) 264–4120  Email: kevinkk@kercherlaw.com |
| 5. | **Bankruptcy trustee** Name and address | WILLIAM MILLER\*R Interim Chapter 13 Trustee 2901 St. Lawrence Avenue, Suite 100 Reading, PA 19606 | Contact phone 610–779–1313  Email: ecfemail@FredReigleCh13.com |
| 6. | **Bankruptcy clerk's office** Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at  www.pacer.gov. | 400 Washington Street Suite 300 Reading, PA 19601 | Hours open: Philadelphia Office –– 8:30 A.M. to 5:00 P.M Reading Office –– 8:00 A.M. to 4:30 P.M.  Contact phone (610)2085040  Date: 10/2/18 |

**For more information, see page 2**

Official Form 309I                                      **Notice of Chapter 13 Bankruptcy Case**                                      page 1

| | | |
|---|---|---|
| **7. Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **October 30, 2018 at 01:30 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Location:**<br>**Bar Association of Lehigh County, Meeting Rooms – Lower Level, 1114 West Walnut Street, Allentown, PA 18102** |
| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f), or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 12/29/18** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 11/7/18** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 2/25/19** |
| | **Deadlines for filing proof of claim:**<br> A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of plan** | The debtor has filed a plan. This plan proposes payment to the trustee of $100.00 per month for 60 months. The plan is enclosed. The hearing on confirmation will be held on:<br>**12/6/18** at **09:00 AM** , Location: **Courtroom 1, Third Floor, The Madison, 400 Washington Street, Reading, PA 19601** | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at  www.pacer.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 8. | |