**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| MEGAN E. BAUER, | : | CHAPTER 13 |
| | : | |
| Debtor | : | BKRTCY. NO. 18-15713 REF |

**ORDER**

AND NOW, the Application for Compensation and Reimbursement of Expenses of Kevin K. Kercher, Esquire, Attorney for Debtor in the total amount of $5,225.00 in compensation and $310.00 in expenses is hereby approved.

**Date: March 11, 2019**

**BY THE COURT:**

**RICHARD E. FEHLING, CHIEF
UNITED STATES BANKRUPTCY JUDGE**