| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021
**Chapter 13 Case No. 18-15713-PMM**

MEGAN E  BAUER
5120 CASSIDY DR
SCHNECKSVILLE  PA    18078-2655

Petition Filed Date: 08/29/2018
341 Hearing Date: 10/30/2018
Confirmation Date: 02/07/2019

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/28/2020 | $100.00 | | 02/27/2020 | $100.00 | | 03/27/2020 | $100.00 | |
| 04/27/2020 | $100.00 | | 05/28/2020 | $100.00 | | 06/29/2020 | $100.00 | |
| 07/27/2020 | $100.00 | | 08/27/2020 | $100.00 | | 09/28/2020 | $100.00 | |
| 10/27/2020 | $100.00 | | 11/30/2020 | $100.00 | | 12/29/2020 | $100.00 | |
| 01/27/2021 | $100.00 | | 03/01/2021 | $100.00 | | 03/29/2021 | $100.00 | |
| 04/27/2021 | $100.00 | | 05/27/2021 | $100.00 | | | | |

**Total Receipts for the Period:  $1,700.00    Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing:  $3,300.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 6 | AMERICAN EXPRESS NATIONAL BANK<br>»» 006 | Unsecured Creditors | $2,277.73 | $0.00 | $2,277.73 |
| 4 | AMERICAN INFOSOURCE LP<br>»» 004 | Unsecured Creditors | $10,277.03 | $0.00 | $10,277.03 |
| 3 | BANK OF AMERICA NA<br>»» 003 | Unsecured Creditors | $17,436.17 | $0.00 | $17,436.17 |
| 7 | BECKET & LEE, LLP<br>»» 007 | Unsecured Creditors | $3,630.27 | $0.00 | $3,630.27 |
| 25 | CITIBANK NA<br>»» 025 | Unsecured Creditors | $9,026.61 | $0.00 | $9,026.61 |
| 26 | CITIBANK NA<br>»» 026 | Unsecured Creditors | $11,888.55 | $0.00 | $11,888.55 |
| 19 | QUANTUM3 GROUP LLC as agent for<br>»» 019 | Unsecured Creditors | $3,171.66 | $0.00 | $3,171.66 |
| 20 | QUANTUM3 GROUP LLC as agent for<br>»» 020 | Unsecured Creditors | $2,718.83 | $0.00 | $2,718.83 |
| 21 | QUANTUM3 GROUP LLC as agent for<br>»» 021 | Unsecured Creditors | $956.02 | $0.00 | $956.02 |
| 1 | DISCOVER BANK<br>»» 001 | Unsecured Creditors | $11,761.00 | $0.00 | $11,761.00 |
| 29 | DEPARTMENT STORE NATIONAL BANK<br>»» 029 | Unsecured Creditors | $2,956.65 | $0.00 | $2,956.65 |
| 30 | DEPARTMENT STORE NATIONAL BANK<br>»» 30U | Unsecured Creditors | $5,420.48 | $0.00 | $5,420.48 |
| 9 | LVNV FUNDING LLC<br>»» 009 | Unsecured Creditors | $5,143.12 | $0.00 | $5,143.12 |
| 10 | LVNV FUNDING LLC<br>»» 010 | Unsecured Creditors | $3,321.43 | $0.00 | $3,321.43 |

**Chapter 13 Case No. 18-15713-PMM**

| | | | | | |
|---|---|---|---|---|---|
| 11 | LVNV FUNDING LLC<br>»» 011 | Unsecured Creditors | $7,310.13 | $0.00 | $7,310.13 |
| 22 | PNC BANK<br>»» 022 | Unsecured Creditors | $20,184.27 | $0.00 | $20,184.27 |
| 23 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 023 | Unsecured Creditors | $7,181.70 | $0.00 | $7,181.70 |
| 24 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 024 | Unsecured Creditors | $488.16 | $0.00 | $488.16 |
| 12 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 012 | Unsecured Creditors | $546.26 | $0.00 | $546.26 |
| 13 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 013 | Unsecured Creditors | $2,874.80 | $0.00 | $2,874.80 |
| 14 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 014 | Unsecured Creditors | $2,540.22 | $0.00 | $2,540.22 |
| 15 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 015 | Unsecured Creditors | $8,156.29 | $0.00 | $8,156.29 |
| 16 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 016 | Unsecured Creditors | $6,001.65 | $0.00 | $6,001.65 |
| 17 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 017 | Unsecured Creditors | $2,611.46 | $0.00 | $2,611.46 |
| 18 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 018 | Unsecured Creditors | $7,383.79 | $0.00 | $7,383.79 |
| 5 | QUICKEN LOANS INC<br>»» 005 | Mortgage Arrears | $173.56 | $72.81 | $100.75 |
| 2 | SUNTRUST BANK<br>»» 002 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 27 | RESURGENT CAPITAL SERVICES<br>»» 027 | Unsecured Creditors | $3,074.10 | $0.00 | $3,074.10 |
| 28 | TD BANK USA NA<br>»» 028 | Unsecured Creditors | $3,985.71 | $0.00 | $3,985.71 |
| 8 | WESTGATE VACATION VILLAS OWNERS ASSOC<br>»» 008 | Secured Creditors | $317.91 | $133.39 | $184.52 |
| 30 | KEVIN K KERCHER ESQ<br>»» 030 | Attorney Fees | $2,725.00 | $2,725.00 | $0.00 |

**SUMMARY**

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | | |
|---|---|---|---|---|
| Total Receipts: | $3,300.00 | | Current Monthly Payment: | $100.00 |
| Paid to Claims: | $2,931.20 | | Arrearages: | $0.00 |
| Paid to Trustee: | $278.80 | | Total Plan Base: | $6,000.00 |
| Funds on Hand: | $90.00 | | | |

**NOTES:**

- PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.