Office Mailing Address:
Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA  19606

Send Payments **ONLY** to:
Scott F. Waterman, Trustee
P.O. Box 680
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022
**Chapter 13 Case No. 18-15713-PMM**

MEGAN E  BAUER
5120 CASSIDY DR
SCHNECKSVILLE  PA     18078-2655

Petition Filed Date: 08/29/2018
341 Hearing Date: 10/30/2018
Confirmation Date: 02/07/2019

Case Status: Open / Unconfirmed
### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 04/27/2021 | $100.00 | | 05/27/2021 | $100.00 | | 06/28/2021 | $100.00 | |
| 07/27/2021 | $100.00 | | 08/27/2021 | $100.00 | | 09/28/2021 | $100.00 | |
| 10/27/2021 | $100.00 | | 11/30/2021 | $100.00 | | 12/28/2021 | $100.00 | |
| 01/27/2022 | $100.00 | | 03/01/2022 | $100.00 | | 03/28/2022 | $100.00 | |
| 04/27/2022 | $100.00 | | 05/31/2022 | $100.00 | | 06/29/2022 | $100.00 | |
| 07/27/2022 | $100.00 | | | | | | | |

**Total Receipts for the Period: $1,600.00  Amount Refunded to Debtor Since Filing: $0.00  Total Receipts Since Filing: $4,700.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS | | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 6 | AMERICAN EXPRESS NATIONAL BANK »» 006 | Unsecured Creditors | $2,277.73 | $0.00 | $2,277.73 |
| 4 | AMERICAN INFOSOURCE LP »» 004 | Unsecured Creditors | $10,277.03 | $51.20 | $10,225.83 |
| 3 | BANK OF AMERICA NA »» 003 | Unsecured Creditors | $17,436.17 | $96.74 | $17,339.43 |
| 7 | BECKET & LEE, LLP »» 007 | Unsecured Creditors | $3,630.27 | $16.04 | $3,614.23 |
| 25 | CITIBANK NA »» 025 | Unsecured Creditors | $9,026.61 | $50.13 | $8,976.48 |
| 26 | CITIBANK NA »» 026 | Unsecured Creditors | $11,888.55 | $59.24 | $11,829.31 |
| 19 | QUANTUM3 GROUP LLC as agent for »» 019 | Unsecured Creditors | $3,171.66 | $15.82 | $3,155.84 |
| 20 | QUANTUM3 GROUP LLC as agent for »» 020 | Unsecured Creditors | $2,718.83 | $15.08 | $2,703.75 |
| 21 | QUANTUM3 GROUP LLC as agent for »» 021 | Unsecured Creditors | $956.02 | $0.00 | $956.02 |
| 1 | DISCOVER BANK »» 001 | Unsecured Creditors | $11,761.00 | $58.62 | $11,702.38 |
| 29 | DEPARTMENT STORE NATIONAL BANK »» 029 | Unsecured Creditors | $2,956.65 | $16.44 | $2,940.21 |
| 30 | DEPARTMENT STORE NATIONAL BANK »» 30U | Unsecured Creditors | $5,420.48 | $33.14 | $5,387.34 |
| 9 | LVNV FUNDING LLC »» 009 | Unsecured Creditors | $5,143.12 | $16.88 | $5,126.24 |
| 10 | LVNV FUNDING LLC »» 010 | Unsecured Creditors | $3,321.43 | $16.53 | $3,304.90 |

**Chapter 13 Case No. 18-15713-PMM**

| | | | | | |
|---|---|---|---|---|---|
| 11 | LVNV FUNDING LLC<br>»» 011 | Unsecured Creditors | $7,310.13 | $32.26 | $7,277.87 |
| 22 | PNC BANK<br>»» 022 | Unsecured Creditors | $20,184.27 | $112.00 | $20,072.27 |
| 23 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 023 | Unsecured Creditors | $7,181.70 | $31.71 | $7,149.99 |
| 24 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 024 | Unsecured Creditors | $488.16 | $0.00 | $488.16 |
| 12 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 012 | Unsecured Creditors | $546.26 | $0.00 | $546.26 |
| 13 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 013 | Unsecured Creditors | $2,874.80 | $15.95 | $2,858.85 |
| 14 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 014 | Unsecured Creditors | $2,540.22 | $15.54 | $2,524.68 |
| 15 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 015 | Unsecured Creditors | $8,156.29 | $35.99 | $8,120.30 |
| 16 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 016 | Unsecured Creditors | $6,001.65 | $33.29 | $5,968.36 |
| 17 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 017 | Unsecured Creditors | $2,611.46 | $15.97 | $2,595.49 |
| 18 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 018 | Unsecured Creditors | $7,383.79 | $32.60 | $7,351.19 |
| 5 | QUICKEN LOANS INC<br>»» 005 | Mortgage Arrears | $173.56 | $173.56 | $0.00 |
| 2 | SUNTRUST BANK<br>»» 002 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 27 | RESURGENT CAPITAL SERVICES<br>»» 027 | Unsecured Creditors | $3,074.10 | $15.30 | $3,058.80 |
| 28 | TD BANK USA NA<br>»» 028 | Unsecured Creditors | $3,985.71 | $15.34 | $3,970.37 |
| 8 | WESTGATE VACATION VILLAS OWNERS ASSOC<br>»» 008 | Secured Creditors | $317.91 | $317.91 | $0.00 |
| 30 | KEVIN K KERCHER ESQ<br>»» 030 | Attorney Fees | $2,725.00 | $2,725.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $4,700.00 | Current Monthly Payment: | $100.00 |
| Paid to Claims: | $4,018.28 | Arrearages: | $0.00 |
| Paid to Trustee: | $398.80 | Total Plan Base: | $6,000.00 |
| Funds on Hand: | $282.92 | | |

**NOTES:**

• **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/
for more  information.**

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.