Certificate Number: 15322-PAE-DE-037544704

Bankruptcy Case Number: 18-15713



15322-PAE-DE-037544704

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 27, 2023, at 11:43 o'clock AM CDT, Megan E Bauer completed a course on personal financial management given by internet by 1$ Wiser Consumer Education, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   June 27, 2023               By:    /s/Gene Bralewski

Name:  Gene Bralewski

Title:   Certified Credit Counselor