| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2022 to 08/01/2023
### Chapter 13 Case No. 18-15713-PMM

MEGAN E BAUER
5120 CASSIDY DR
SCHNECKSVILLE PA 18078-2655

Petition Filed Date: 08/29/2018
341 Hearing Date: 10/30/2018
Confirmation Date: 02/07/2019

Case Status: Completed on 8/10/2023

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/29/2022 | $100.00 | | 09/27/2022 | $100.00 | | 10/27/2022 | $100.00 | |
| 11/29/2022 | $100.00 | | 12/28/2022 | $100.00 | | 01/27/2023 | $100.00 | |
| 02/28/2023 | $100.00 | | 03/27/2023 | $100.00 | | 04/27/2023 | $100.00 | |
| 05/30/2023 | $100.00 | | 06/27/2023 | $100.00 | | 07/11/2023 | $100.00 | |

**Total Receipts for the Period: $1,200.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $6,000.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 6 | AMERICAN EXPRESS NATIONAL BANK<br>»» 006 | Unsecured Creditors | $2,277.73 | $30.64 | $2,247.09 |
| 4 | CAPITAL ONE BANK (USA) NA<br>»» 004 | Unsecured Creditors | $10,277.03 | $138.30 | $10,138.73 |
| 3 | BANK OF AMERICA NA<br>»» 003 | Unsecured Creditors | $17,436.17 | $234.65 | $17,201.52 |
| 7 | CAPITAL ONE NA<br>»» 007 | Unsecured Creditors | $3,630.27 | $48.91 | $3,581.36 |
| 25 | CITIBANK NA<br>»» 025 | Unsecured Creditors | $9,026.61 | $111.45 | $8,915.16 |
| 26 | CITIBANK NA<br>»» 026 | Unsecured Creditors | $11,888.55 | $160.05 | $11,728.50 |
| 19 | QUANTUM3 GROUP LLC as agent for<br>»» 019 | Unsecured Creditors | $3,171.66 | $32.02 | $3,139.64 |
| 20 | QUANTUM3 GROUP LLC as agent for<br>»» 020 | Unsecured Creditors | $2,718.83 | $30.48 | $2,688.35 |
| 21 | QUANTUM3 GROUP LLC as agent for<br>»» 021 | Unsecured Creditors | $956.02 | $0.00 | $956.02 |
| 1 | DISCOVER BANK<br>»» 001 | Unsecured Creditors | $11,761.00 | $158.34 | $11,602.66 |
| 29 | DEPARTMENT STORE NATIONAL BANK<br>»» 029 | Unsecured Creditors | $2,956.65 | $31.56 | $2,925.09 |
| 30 | DEPARTMENT STORE NATIONAL BANK<br>»» 30U | Unsecured Creditors | $5,420.48 | $63.81 | $5,356.67 |
| 9 | LVNV FUNDING LLC<br>»» 009 | Unsecured Creditors | $5,143.12 | $69.20 | $5,073.92 |
| 10 | LVNV FUNDING LLC<br>»» 010 | Unsecured Creditors | $3,321.43 | $31.57 | $3,289.86 |
| 11 | LVNV FUNDING LLC<br>»» 011 | Unsecured Creditors | $7,310.13 | $98.34 | $7,211.79 |

**Chapter 13 Case No. 18-15713-PMM**

| | | | | | |
|---|---|---|---|---|---|
| 22 | PNC BANK<br>»» 022 | Unsecured Creditors | $20,184.27 | $271.67 | $19,912.60 |
| 23 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 023 | Unsecured Creditors | $7,181.70 | $96.66 | $7,085.04 |
| 24 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 024 | Unsecured Creditors | $488.16 | $0.00 | $488.16 |
| 12 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 012 | Unsecured Creditors | $546.26 | $0.00 | $546.26 |
| 13 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 013 | Unsecured Creditors | $2,874.80 | $32.25 | $2,842.55 |
| 14 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 014 | Unsecured Creditors | $2,540.22 | $31.34 | $2,508.88 |
| 15 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 015 | Unsecured Creditors | $8,156.29 | $109.72 | $8,046.57 |
| 16 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 016 | Unsecured Creditors | $6,001.65 | $67.29 | $5,934.36 |
| 17 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 017 | Unsecured Creditors | $2,611.46 | $32.21 | $2,579.25 |
| 18 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 018 | Unsecured Creditors | $7,383.79 | $99.36 | $7,284.43 |
| 5 | QUICKEN LOANS INC<br>»» 005 | Mortgage Arrears | $173.56 | $173.56 | $0.00 |
| 2 | SUNTRUST BANK<br>»» 002 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 27 | RESURGENT CAPITAL SERVICES<br>»» 027 | Unsecured Creditors | $3,074.10 | $30.96 | $3,043.14 |
| 28 | TD BANK USA NA<br>»» 028 | Unsecured Creditors | $3,985.71 | $46.95 | $3,938.76 |
| 8 | WESTGATE VACATION VILLAS OWNERS ASSOC<br>»» 008 | Secured Creditors | $317.91 | $317.91 | $0.00 |
| 30 | KEVIN K KERCHER ESQ<br>»» 030 | Attorney Fees | $2,725.00 | $2,725.00 | $0.00 |

**SUMMARY**

Summary of all receipts and disbursements from date filed through 8/1/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $6,000.00 | Current Monthly Payment: | $100.00 |
| Paid to Claims: | $5,274.20 | Arrearages: | $0.00 |
| Paid to Trustee: | $507.80 | Total Plan Base: | $6,000.00 |
| Funds on Hand: | $218.00 | | |

**NOTES:**

- PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.