United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                    Case No. 18-15713-pmm

Megan E. Bauer                                                                            Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4                        User: admin                              Page 1 of 4

Date Rcvd: Aug 18, 2023                     Form ID: 138OBJ                          Total Noticed: 56

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 20, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Megan E. Bauer, 5120 Cassidy Dr., Schnecksville, PA 18078-2655 |
| 14188847 | | CFI Westgate Resorts, 2801 Old Winter Garden Rd, Ocoee, FL 34761-2965 |
| 14188849 | | Citi, PO Box 659728, San Antonio, TX 78265-9728 |
| 14188859 | | Discover Bank, PO Box 742655, Cincinnati, OH 45274-2655 |
| 14188862 | | Macy's Card Payments, PO Box 9001094, Louisville, KY 40290-1094 |
| 14216872 | + | Westgate Blue Tree Orlando, Ltd., 2801 Old Winter Garden Rd., Ocoee, FL 34761-2965 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Aug 18 2023 23:28:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Aug 18 2023 23:28:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14188842 | | Email/PDF: bncnotices@becket-lee.com | Aug 18 2023 23:39:37 | American Express, P.O. Box 1270, Newark, NJ 07101-1270 |
| 14207675 | | Email/PDF: bncnotices@becket-lee.com | Aug 18 2023 23:50:50 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14188843 | | Email/Text: creditcardbkcorrespondence@bofa.com | Aug 18 2023 23:28:00 | Bank Of America, P.O. Box 15019, Wilmington, DE 19886-5019 |
| 14200218 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Aug 18 2023 23:28:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14188844 | + | Email/Text: BarclaysBankDelaware@tsico.com | Aug 18 2023 23:28:00 | Barclay Card Services, P.O. Box 13337, Philadelphia, PA 19101-3337 |
| 14188845 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 18 2023 23:50:22 | Best Buy, P.O. Box 6500 Capital One Retail Service, Sioux Falls, SD 57117-6500 |
| 14188846 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 18 2023 23:39:51 | Capital One Bank (USA), N.A., P.O. Box 71083, Charlotte, NC 28272-1083 |
| 14210538 | | Email/PDF: bncnotices@becket-lee.com | Aug 18 2023 23:40:02 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14188851 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 18 2023 23:50:40 | Citi Cards, PO Box 6004, Sioux Falls, SD 57117-6004 |
| 14188850 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 18 2023 23:50:51 | Citi Cards, PO Box 9001037, Louisville, KY 40290-1037 |
| 14188852 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 18 2023 23:50:51 | CitiBank, P.O. Box 6004, Sioux Falls, SD |

District/off: 0313-4    User: admin    Page 2 of 4
Date Rcvd: Aug 18, 2023    Form ID: 138OBJ    Total Noticed: 56

| | | | | |
|---|---|---|---|---|
| | | | | 57117-6004 |
| 14226685 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 18 2023 23:39:45 | Citibank, N.A., Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 14188853 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 18 2023 23:28:00 | Comenity, P.O. Box 659705, San Antonio, TX 78265-9705 |
| 14188854 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 18 2023 23:28:00 | Comenity, PO Box 659617, San Antonio, TX 78265-9617 |
| 14188855 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 18 2023 23:28:00 | Comenity Bank, PO Box 659728 Victoria's Secret, San Antonio, TX 78265-9728 |
| 14188857 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 18 2023 23:28:00 | Comenity Bank, PO Box 659820, San Antonio, TX 78265-9120 |
| 14188856 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 18 2023 23:28:00 | Comenity Bank, PO Box 659707, San Antonio, TX 78265-9707 |
| 14188858 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 18 2023 23:28:00 | Comenity Bank, PO Box 659728, San Antonio, TX 78265-9728 |
| 14188863 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 18 2023 23:50:22 | Macys American Express, PO Box 9001094, Louisville, KY 40290-1094 |
| 14227180 | | Email/Text: bnc-quantum@quantum3group.com | Aug 18 2023 23:28:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14192671 | | Email/Text: mrdiscen@discover.com | Aug 18 2023 23:28:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14188860 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 18 2023 23:40:04 | Home Depot, PO Box 9001010, Louisville, KY 40292-1010 |
| 14188848 | | Email/PDF: ais.chase.ebn@aisinfo.com | Aug 18 2023 23:39:28 | Chase Slate, PO Box 1423, Charlotte, NC 28201-1423 |
| 14188841 | | Email/PDF: ais.chase.ebn@aisinfo.com | Aug 18 2023 23:40:01 | Amazon/Chase Card Services, PO Box 1423, Charlotte, NC 28201-1423 |
| 14188861 | | Email/Text: PBNCNotifications@peritusservices.com | Aug 18 2023 23:28:00 | Kohls, PO Box 2983, Milwaukee, WI 53201-2983 |
| 14427987 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 18 2023 23:39:37 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 14218831 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 18 2023 23:39:30 | LVNV Funding, LLC its successors and assigns as, assignee of Citibank, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14188865 | | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 19 2023 09:01:57 | Old Navy, P.O. Box 530942, Atlanta, GA 30353-0942 |
| 14188864 | | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 19 2023 09:01:57 | Old Navy, P.O. Box 960017, Orlando, FL 32896-0017 |
| 14188867 | | Email/Text: Bankruptcy.Notices@pnc.com | Aug 18 2023 23:28:00 | PNC Bank, N.A., PO Box 856177, Louisville, KY 40285-6177 |
| 14226450 | | Email/Text: Bankruptcy.Notices@pnc.com | Aug 18 2023 23:28:00 | PNC Bank, N.A., PO Box 94982, Cleveland, OH 44101 |
| 14219758 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 18 2023 23:39:51 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14189600 | + | Email/PDF: rmscedi@recoverycorp.com | Aug 18 2023 23:40:01 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14188866 | | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 18 2023 23:39:51 | Pay Pal Credi, PO Box 71202, Charlotte, NC 28272-1202 |
| 14225877 | | Email/Text: bnc-quantum@quantum3group.com | Aug 18 2023 23:28:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |

District/off: 0313-4                              User: admin                              Page 3 of 4
Date Rcvd: Aug 18, 2023                           Form ID: 138OBJ                          Total Noticed: 56

| | | | |
|---|---|---|---|
| 14225876 | Email/Text: bnc-quantum@quantum3group.com | Aug 18 2023 23:28:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14188868 | Email/Text: bankruptcyteam@quickenloans.com | Aug 18 2023 23:28:00 | Quicken Loan, PO Box 6577, Carol Stream, IL 60197-6577 |
| 14206431 | + Email/Text: bankruptcyteam@quickenloans.com | Aug 18 2023 23:28:00 | Quicken Loans Inc., 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 14226767 | + Email/Text: bncmail@w-legal.com | Aug 18 2023 23:28:00 | SYNCHRONY BANK, c/o Weinstein & Riley, PS, 2001 Western Ave., Ste 400, Seattle, WA 98121-3132 |
| 14188870 | Email/Text: bankruptcy@bbandt.com | Aug 18 2023 23:28:00 | SunTrust, PO Box 791144, Baltimore, MD 21279-1144 |
| 14196604 | + Email/Text: bankruptcy@bbandt.com | Aug 18 2023 23:28:00 | SunTrust Bank, Attn: Support Services, P.O. Box 85092, Richmond, VA 23286-0001 |
| 14188872 | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 18 2023 23:39:51 | Synchrony Bank, P.O. Box 960013, Attn: Bankruptcy Department, Orlando, FL 32896-0013 |
| 14412079 | + Email/PDF: ais.sync.ebn@aisinfo.com | Aug 18 2023 23:39:48 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 14188871 | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 18 2023 23:39:48 | Synchrony Bank, PO Box 965060, Orlando, FL 32896-5060 |
| 14188873 | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 18 2023 23:40:01 | Synchrony Bank/Amazon, P.O. Box 960013, Attn: Bankruptcy Department, Orlando, FL 32896-0013 |
| 14188874 | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 18 2023 23:39:51 | Synchrony Bank/WalMart, P.O. Box 530927, Atlanta, GA 30353-0927 |
| 14226835 | + Email/Text: bncmail@w-legal.com | Aug 18 2023 23:28:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14188875 | Email/Text: bncmail@w-legal.com | Aug 18 2023 23:28:00 | Target Card Services, P.O. Box 660170, Dallas, TX 75266-0170 |

TOTAL: 50

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14188869 | ##+ | Santander Bank, PO Box 12768, Reading, PA 19612-2768 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 20, 2023                    Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 18, 2023 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| BRIAN CRAIG NICHOLAS | on behalf of Creditor Quicken Loans Inc. bnicholas@kmllawgroup.com  bkgroup@kmllawgroup.com |
| KEVIN G. MCDONALD | on behalf of Creditor Quicken Loans Inc. bkgroup@kmllawgroup.com |
| KEVIN K. KERCHER | on behalf of Debtor Megan E. Bauer kevinkk@kercherlaw.com  kevin@kercherlaw.com |
| MICHAEL PATRICK FARRINGTON | on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. mfarrington@kmllawgroup.com |
| ROLANDO RAMOS-CARDONA | on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ecfmail@readingch13.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 7

### UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF PENNSYLVANIA

_____

In Re: Megan E. Bauer

               Debtor(s)

Case No: 18−15713−pmm

Chapter: 13

_____

### NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

United States Bankruptcy Court
Office of the Clerk, Gateway Building
201 Penn Street, 1st Floor
Reading, PA 19601

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 8/18/23